# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

ROBERTO E GARCIA
MARIA GARCIA

DEBTORS_____/

CASE NO.: 18-22982-BKC-LMI
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

   **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on   10 / 1 / 2019   .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/_____
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 18-22982-BKC-LMI

## **CERTIFICATE OF SERVICE**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
ROBERTO E GARCIA
MARIA GARCIA
1565 W 55TH PLACE
HIALEAH, FL  33012-2277

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
08/26/2019 MON 13:33      FAX 9544434452              CH13MIAMI_FAX                    ☑001

                          *********************
                          *** FAX TX REPORT ***
                          *********************

                                 TRANSMISSION OK

                  JOB NO.                    2374
                  DESTINATION ADDRESS        13055129701
                  SUBADDRESS
                  DESTINATION ID
                  ST. TIME                   08/26 13:32
                  TX/RX TIME                 00'42
                  PGS.                       1
                  RESULT                     OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

08/26/2019

To: ROBERT SANCHEZ, ESQ

Re: GARCIA                    Case: 18-22982- LMI

Dear ROBERT SANCHEZ, ESQ

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: DEPT STORES NB

Unresolved Objection to claim DE#33, POC LATE-FILED

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE